# United States Navy–Marine Corps
# Court of Criminal Appeals

**UNITED STATES**

v.

**Cory J. FARNUM**
**Hull Maintenance Technician**
**Second Class (E-5)**
**U.S. Navy**

*Applicant*

**NMCCA No. 202000120**

**Panel 1**

**ORDER**

*Denying Application for Review*

---

Applicant was tried by special court-martial at Naval Station Everett, Washington. On 20 March 2019, Military Judge Lawrence Lee, sentenced Applicant to reduction to E-2 and confinement for 89 days. The convening authority approved the sentence and ordered it executed.[1]

On 9 July 2019, a judge advocate reviewed the case, in accordance with Article 64(a), Uniform Code of Military Justice [UCMJ] (2012 & Supp. IV 2017),[2] and determined that the court-martial had jurisdiction over Applicant and each offense of which he was found guilty, that each specification of which was found guilty stated an offense, and that the sentence was legal.

On 8 January 2020, Applicant applied for review by the Judge Advocate General, in accordance with Article 69(a), UCMJ (2018).[3] On 10 August 2021, the Judge Advocate General approved the findings and sentence as adjudged.

On 5 October 2021, Applicant timely submitted to this Court an Application for Review of the Judge Advocate General's action, in accordance with Article 69(d)(1)(B), UCMJ (2018).[4]

---

[1] Pursuant to a pretrial agreement, the convening authority suspended confinement in excess of 45 days.

[2] 10 U.S.C. § 864(a) (2012 & Supp. IV 2017).

[3] 10 U.S.C. § 869(a) (2018).

[4] 10 U.S.C. § 869(d)(1)(B) (2018).

We have reviewed the action taken by the Judge Advocate General in this case and the Application for Review and have determined that the Application does not demonstrate a substantial basis for concluding that the action under review constituted prejudicial error.[5]

Accordingly, it is by the Court on this 11th day of November, 2021,

**ORDERED:**

The Application for Review is **DENIED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[5] Article 69(d)(2)(A), 10 U.S.C. § 869(d)(2)(A) (2018).